UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOWNEY CREATIONS, LLC, ) | CAUSE NO. 08-09691-JKC-11 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | Adversary Proceeding No. 10-50570 |
| THOMAS C. SCHERER, TRUSTEE FOR ) | |
| DOWNEY CREATIONS, LLC ) | |
| LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALAN HERITIER, GEM MAKE, INC., ) | |
| INDY HOLDINGS, INC., ) | |
| JILL KRUG AND MARK DOYLE, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS MARK DOYLE**

Plaintiff, Thomas C. Scherer, in his capacity as Trustee (the "Trustee"), by counsel and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, states the following in support of his Motion to Dismiss Mark Doyle:

1. The Trustee filed his "*Complaint to Recover Avoidable Transfers, to Recover Property and for Related Relief*" on September 29, 2010 ("Complaint").

2. In the Complaint, the Trustee sought to avoid a transfer made to Mark Doyle in the amount of $10,000.

3. The Trustee was not able to perfect service on Mark Doyle.

4. By this motion, the Trustee requests that Mark Doyle be dismissed from this adversary proceeding.

WHEREFORE, the Trustee respectfully requests that the Court dismiss Mark Doyle from this adversary proceeding without prejudice and for all other just and appropriate relief.

Respectfully submitted,

/s/ *Whitney L. Mosby*
Whitney L. Mosby, #23691-49

BINGHAM GREENEBAUM DOLL LLP
10 West Market Street, #2700
Indianapolis, Indiana 46204-2982
Telephone: (317) 635-8900
Fax: (317) 236-9907
wmosby@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through by first class mail, postage pre-paid:

James E. Rossow, Jr.
jim@rubin-levin.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

/s/ *Whitney L. Mosby*